Tyree JONES *v.* Ms. McCOOL, Records Supervisor, and
Charlotte Sumner, Records Supervisor
Arkansas Department of Correction

94-353                                                    886 S.W.2d 633

Supreme Court of Arkansas
Opinion delivered November 14, 1994

*Appellant*, pro se.

*Winston Bryant*, Att'y Gen., by: *Clint Miller*, Senior Asst. Att'y Gen., for appellee.

PER CURIAM. The appellant Tyree Jones, who is in the custody of the Arkansas Department of Correction by virtue of multiple felony convictions, filed a *pro se* petition for writ of mandamus and declaratory judgment against two persons employed

in the Records Office of the Department. The circuit court denied the petition, and appellant brings this appeal.

■■ The appellant has failed to include an abstract of any part of the record in the appellant's brief. Our Rule 4-2 (b)(2) provides that a judgment may be affirmed for noncompliance with Rule 4-2 (a)(6) which requires the appellant to abstract that part of the record which is material to the points argued in the appellant's brief. The failure to abstract a critical document precludes this court from considering issues concerning it. *Porchia* v. *State*, 306 Ark. 443, 815 S.W.2d 926 (1991). The abstracting requirement applies to those appellants who proceed *pro se*. *Markham* v. *State*, 303 Ark. 438, 798 S.W.2d 58 (1990). Nearly a month after the appellee state filed its brief, appellant filed a motion seeking to amend the brief to include an abstract. The motion is denied. Once the appellee has filed its brief, it is too late to file a motion to amend the appellant's brief. As the abstract in this case is totally deficient, we affirm.

Affirmed.